**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DENISE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 09-1539 (RJL) |
| | ) | |
| LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON d/b/a/ | ) | |
| LIBERTY MUTUAL, | ) | |
| | ) | |
| Defendant. | | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 16th day of August, 2011, hereby

**ORDERED** that the plaintiff's Motion for Summary Judgment [#43] is **DENIED**; it is further

**ORDERED** that the defendant's Cross-Motion for Summary Judgment [#44] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge